COURT OF APPEALS

                                                 SECOND
DISTRICT OF TEXAS

                                                                FORT
WORTH

 

                                                 NO.
2-10-081-CV

 

 

IN
RE LLANO ROYALTY, LTD.                                                              RELATOR

AND LLANO OPERATING 

CORPORATION D/B/A NORTH 

TEXAS LLANO OPERATING 

CORPORATION

                                                       ------------

                                           ORIGINAL
PROCEEDING

                                                       ------------

                                     MEMORANDUM
OPINION[1]

                                                       ------------

The court has considered relators=
petition for writ of mandamus, relators= motion
for emergency relief, the response of the real party in interest, and relators= reply
and is of the opinion that all relief should be denied.  Accordingly, our March 24, 2010 stay order is
hereby vacated, and relators=
petition for writ of mandamus is denied.

 








Relators shall pay all costs of this
original proceeding, for which let execution issue.

PER
CURIAM

 

 

PANEL: MCCOY, J.;
LIVINGSTON, C.J.; and DAUPHINOT, J.

 

DELIVERED: June 17, 2010 











    [1]See
Tex. R. App. P. 47.4, 52.8(d).